## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA CARR | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-1993 |
| TRAVELERS HOME AND MARINE | : | |
| INSURANCE COMPANY | : | |

### ORDER

**AND NOW**, this 31st day of October, 2023, upon consideration of the Notice of Removal to the United States District Court for the Eastern District of Pennsylvania (ECF No. 1), Plaintiff's Civil Action-Complaint (ECF No. 1-7), Defendant Travelers' Motion to Dismiss the Complaint (ECF No. 4), and Plaintiff, Lisa Carr's, Memorandum in Opposition to Defendant, Travelers Home and Marine Insurance Company's, Motion to Dismiss the Complaint (ECF No. 6), it is **ORDERED** that Defendant's Motion is **GRANTED**. Count I and Count III of Plaintiff's Complaint are **DISMISSED** *with prejudice*. Count II is **DISMISSED** *without prejudice*.[1]

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**

---

[1] Plaintiff may seek leave to amend to reassert a statutory bad faith claim, which must contain specific allegations to support that claim under the applicable pleading standards.